Jason K. Singleton State Bar #166170
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533
lawgroup@sbcglobal.net

Attorney for Plaintiff, GERRY HARRIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY HARRIS,<br><br>    Plaintiff,<br>v.<br><br>GROCERY OUTLET, INC., a California corporation, MIKE BARBER, MARY J. BARBER, dba EUREKA GROCERY OUTLET, and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No. C-05-2423 BZ<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO STEVEN M. READ, dba READ INVESTMENTS GP ONLY AND ~~PROPOSED~~ ORDER |

    Plaintiff GERRY HARRIS and Defendant STEVEN M. READ, dba READ INVESTMENTS GP, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

    1.    The Parties have agreed to the dismissal of the above-captioned action with prejudice as to Defendant STEVEN M. READ, dba READ INVESTMENTS GP only, Plaintiff GERRY HARRIS and Defendant STEVEN M. READ, dba READ INVESTMENTS GP, to bear their own attorneys' fees and costs.

    2.    Accordingly, the Parties jointly request the Court to dismiss this action with

STIPULATION TO DISMISS PARTY                   1                  C 05-2423 BZ

prejudice as to STEVEN M. READ, dba READ INVESTMENTS GP, only.

**SINGLETON LAW GROUP**

Date: July 25, 2005

*Jason K. Singleton*
Digitally signed by Jason K. Singleton
DN: cn=Jason K. Singleton, o=LAW OFFICE OF JASON K. SINGLETON, c=US
Date: 2005.08.01 13:17:42 -07'00'

Jason K. Singleton, Attorney for Plaintiff, **GERRY HARRIS**

**CRAIGIE, McCARTHY & CLOW**

Dated: July 29, 2005

/s/ Peter W. Craigie
Peter W. Craigie, Attorney for Defendants **GROCERY OUTLET, INC. MIKE BARBER, MARY J. BARBER, dba EUREKA GROCERY OUTLET, STEVEN M. READ, dba READ INVESTMENTS GP**

## ORDER

Having considered the parties' Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>HARRIS v GROCERY OUTLET, INC., et al.</u>, Case Number C 05-2423, is dismissed with prejudice as to **STEVEN M. READ, dba READ INVESTMENTS GP, ONLY**, with each party to bear his or its own attorneys' fees and costs.

Dated: August 2, 2005

_____
BERNARD ZIMMERMAN,
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Bernard Zimmerman*
*Judge Bernard Zimmerman*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA