1  Jason K. Singleton State Bar #166170
   SINGLETON LAW GROUP
2  611 "L" Street, Suite A
3  Eureka, CA 95501
   (707) 441-1177
4  FAX 441-1533
   lawgroup@sbcglobal.net
5
6  Attorney for Plaintiff, GERRY HARRIS

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 GERRY HARRIS,                    ) Case No. C-05-2423 BZ
                                    )
12      Plaintiff,                  ) STIPULATION FOR FILING OF FIRST
   v.                               ) AMENDED COMPLAINT and
13                                  ) ORDER
   GROCERY OUTLET, INC., a California )
14 corporation, MIKE BARBER, MARY J. )
   BARBER, dba EUREKA GROCERY       )
15 OUTLET, and DOES ONE to FIFTY,   )
16 inclusive,                       )
                                    )
17      Defendants.                 )
                                    )
18 _____  )

19

20      IT IS HEREBY STIPULATED by and between the parties hereto through their

21 respective attorneys of record that Plaintiff may file a First Amended Complaint, a copy of

22 which is attached hereto.

23      IT IS FURTHER STIPULATED that the defendants, GROCERY OUTLET, INC., MIKE

24 BARBER and MARY J. BARBER, dba EUREKA GROCERY OUTLET waive notice and service

25 of the amended complaint and shall not be required to answer the amendment, and that all

26 denials, responses and affirmative defenses contained in the answer filed by defendants to the

27 original complaint shall be responsive to the amended complaint.

28

STIPULATION TO AMEND COMPLAINT          1                    C 05-2423 BZ

| | |
|---|---|
| | **SINGLETON LAW GROUP** |
| Date: July 25, 2005 | [signature] Jason K. Singleton |
| | Jason K. Singleton, Attorney for Plaintiff, **GERRY HARRIS** |
| | **CRAIGIE, McCARTHY & CLOW** |
| Dated: July 29, 2005 | /s/ Peter W. Craigie |
| | Peter W. Craigie, Attorney for Defendants **GROCERY OUTLET, INC. MIKE BARBER, MARY J. BARBER, dba EUREKA GROCERY OUTLET** |

## ORDER

The Court, based upon the foregoing Stipulation, hereby orders as follows:

1. Plaintiff is hereby granted leave to file the First Amended Complaint.

2. Defendants GROCERY OUTLET, INC., MIKE BARBER and MARY J. BARBER, dba EUREKA GROCERY OUTLET, having waived service of the First Amended Complaint shall be deemed served upon the filing of the First Amended Complaint by Plaintiff and that all denials, responses and affirmative defenses contained in the answer filed by defendants to the original complaint shall be responsive to the amended complaint.

DATED: August 2, 2005

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Bernard Zimmerman]

STIPULATION TO AMEND COMPLAINT        2        C 05-2423 BZ