UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERRY HARRIS,** | **Case No. C-05-2423 BZ** |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| **GROCERY OUTLET, INC., a California corporation, MIKE BARBER, MARY J. BARBER, dba EUREKA GROCERY OUTLET,** | ) ) ) ) |
| Defendants. | ) ) ) ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>HARRIS v GROCERY OUTLET, INC., et al</u>, Case Number **C-05-2423 BZ**, is dismissed with prejudice with each party to bear his or its own attorneys' fees and costs.

Dated: January 4, 2006

*Bernard Zimmerman*
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE